JULY 21, 1978

IN THE MATTER OF PROBERT. (Docket No. 61331.) On order of the Court, the supplemental petition for interim suspension filed on behalf of the Michigan Judicial Tenure Commission is considered, and it is ordered that the petition be held in abeyance pending the report of the Honorable Richard E. Robinson, the Master previously appointed to consider formal complaint No. 21. *Joseph F. Regnier,*

Executive Director and General Counsel, and *Stanley T. Dobry* for petitioner. *Cholette, Perkins & Buchanan* for respondent.

Petition for interim suspension dismissed as moot March 9, 1979.